**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINWOOD CUTCHINS,<br><br>      Plaintiff,<br><br>v.<br><br>BUG BITE THING, INC.,<br><br>      Defendant. | Civil Action No. 22-06885 (SDW)(LDW)<br><br>**WHEREAS OPINION**<br><br>December 5, 2022 |

**WIGENTON**, District Judge.

    **THIS MATTER** having come before this Court upon *pro se* Plaintiff Linwood Cutchins' ("Plaintiff") filing of a Complaint, (D.E. 1), and an Application to Proceed in District Court Without Prepaying Fees or Costs, (D.E. 1-5 ("IFP application")), and

    **WHEREAS** IFP applications are available to plaintiffs or petitioners in order to be excused from paying certain fees for district court proceedings, including those required to commence a civil action; and

    **WHEREAS** Plaintiff's application to proceed without prepayment of fees and costs indicates that Plaintiff and his spouse receive $2,600.00 in total monthly disability payments. (D.E. 1-5 at 2.) Plaintiff's IFP application fails to supply any information about Plaintiff's income, expenses, or assets. (*Id.* at 1–5.) While Plaintiff writes that he is "in Foreclosure" on the IFP application, Plaintiff sets forth no factual detail or documentation regarding the alleged "Foreclosure." (*Id.* at 5.) Notably, Exhibit A attached to Plaintiff's Complaint indicates that a patent for the device at issue in the Complaint was filed on August 16, 2022. (D.E. 1-1); therefore,

1

2

Plaintiff's IFP application is **DENIED WITHOUT PREJUDICE.** Plaintiff shall have thirty (30) days to either pay the filing fee or submit a renewed IFP application that includes sufficient information about Plaintiff's income, expenses, and assets, as well as supply documentation regarding Plaintiff's "Foreclosure." An appropriate order follows.

    /s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Leda D. Wettre, U.S.M.J.
      Parties