<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINWOOD CUTCHINS,<br><br>Plaintiff,<br><br>v.<br><br>BUG BITE THING, INC.,<br><br>Defendant. | Civil Action No. 22-06885 (SDW) (LDW)<br><br>**WHEREAS OPINION**<br><br>December 23, 2022 |

**THIS MATTER** having come before this Court upon *pro se* Plaintiff Linwood Cutchins's ("Plaintiff") filing of a Complaint (D.E. 1), and an Application to Proceed *in forma pauperis* (D.E. 1-1, "First IFP Application"), and this Court having denied without prejudice Plaintiff's First IFP Application for failing to set forth sufficient factual detail or documentation regarding Plaintiff's income, expenses, assets, and "Foreclosure" (D.E. 3–4); and

**WHEREAS** Plaintiff submitted an amended Application to Proceed *in forma pauperis* on December 20, 2022, which includes additional detail and documentation (D.E. 5, "Second IFP Application"); and

**WHEREAS** a district court may allow a plaintiff to commence a civil action without paying the filing fee—that is, *in forma pauperis*—so long as the plaintiff submits an affidavit demonstrating he is "unable to pay such fees," 28 U.S.C. § 1915(a)(1); and

**WHEREAS** Plaintiff's Second IFP Application sufficiently demonstrates that Plaintiff cannot pay the filing fee because: (1) he and his spouse receive $2,460.00 in total monthly

2

disability payments; (2) they have $1,865.00 in total monthly expenses; and (3) Plaintiff recently filed for bankruptcy, (D.E. 5 at 1–7); therefore

Plaintiff's Second IFP Application is **GRANTED**.  An appropriate order follows.

/s/ Susan D. Wigenton
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk
cc:     Parties
        Leda D. Wettre, U.S.M.J.