**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINWOOD CUTCHINS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BUG BITE THING, INC.,<br><br>　　　　　Defendants. | Civil Action No. 22-6885 (SDW) (LDW)<br><br>**ORDER**<br><br>November 18, 2025 |

**WIGENTON, District Judge.**

Pursuant to this Court's Opinion issued on May 22, 2023, and Plaintiff's failure to present any reasonable basis to re-open the case,

**IT IS**, on this 18th day of November 2025,

**ORDERED** that Plaintiff's "Motion to Expedite and Summary Judgment" and Motion to Reopen this case are **DENIED**; and it is further

**ORDERED** that the case shall remain closed.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Susan D. Wigenton_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**SUSAN D. WIGENTON, U.S.D.J.**

Orig:　Clerk
cc:　　Parties
　　　　Leda D. Wettre, U.S.M.J.s